IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STANLEY MORRIS,

Plaintiff,

v.

MARION COUNTY HOUSING AUTHORITY, et al.,

Defendants.

Case No. 17-cv-826 JPG/RJD

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: July 24, 2018**          **JUSTINE FLANAGAN, Acting Clerk of Court**

                                                        **s/Tina Gray**
                                                        **Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**